# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 99-CR-30120-WDS |
| ) | |
| ERNEST SPILLER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is petitioner's motion for leave to proceed on appeal in forma pauperis. Upon review of the record, the Court **FINDS** petitioner's pauper status to be persuasive and **GRANTS** him leave to proceed on appeal without prepayment of costs.

The Court *sua sponte* corrects the Court's Order of March 13, 2008, *nunc pro tunc*, as follows:

> "Petitioner's motion is **GRANTED** to the extent that he seeks additional time to file his notice of appeal and **DENIED** to the extent that he is seeking a recall of the mandate from this Court."

The Clerk of the Court is **DIRECTED** to amend the docket in this matter accordingly.

**IT IS SO ORDERED**.

DATE:   May 8, 2008

                                                                     s/*WILLIAM D. STIEHL*
                                                                        DISTRICT JUDGE